**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| EX REL. PETER ROST, | ) | |
| | ) | |
| Plaintiffs, | ) | Docket Number: 1:03-CV-11084-PBS |
| | ) | |
| -v.- | ) | The Honorable Patti B. Saris |
| | ) | |
| PFIZER INC AND | ) | |
| PHARMACIA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS AND OTHER INADMISSIBLE EVIDENCE

Pursuant to Federal Rule of Civil Procedure 56(e), Defendants Pfizer Inc and

Pharmacia Corporation move to strike: (1) the portion of Plaintiff/Relator Peter Rost's Local

Rule 56.1 statement entitled "Plaintiff's Undisputed Facts"; (2) the "Claims Chart," Exhibit 49 to

the Declaration of Mark Labaton in Support of Plaintiff's Opposition to Defendants' Motion for

Summary Judgment ("Labaton Declaration"); (3) the unsworn report of Dan W. Brock, Exhibit

11 to the Labaton Declaration; (4) the "V2" report, Exhibit 18 to the Labaton Declaration; (5)

Rost's own expert testimony, Rost Dep. 80:2-14 [Exhibit 6 to the Labaton Declaration]; and (6)

the "drugs.com" printout, Exhibit 43 to the Labaton Declaration.  In support of this motion,

Defendants submit the attached Memorandum in Support of Defendants' Motion to Strike.

Respectfully submitted,

  /s/  Ethan M. Posner

Ethan M. Posner
Geoffrey E. Hobart (BBO # 547499)
Benjamin J. Razi
Mark W. Mosier
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, D.C.  20004
(Tel) 202-662-6000

December 15, 2009                     *Attorneys for Pfizer Inc and Pharmacia Corporation*